**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **CATERPILLAR FINANCIAL SERVICES CORPORATION** | **PLAINTIFF** |
| **v.** | **CAUSE NO. 1:26CV91-LG-RPM** |
| **CHAZ WALTMAN AND MISSISSIPPI FENCE, LLC** | **DEFENDANTS** |

**DEFAULT JUDGMENT**

In accordance with the Order entered herewith, Default Judgment is awarded in favor of Plaintiff, Caterpillar Financial Services Corporation, and against Chaz Waltman and Mississippi Fence, LLC.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Chaz Waltman and Mississippi Fence, LLC are jointly and severally liable to Caterpillar Financial Services for the following:

(i) the Principal and Interest amount through May 8, 2026, of $161,095.80;

(ii) per diem interest through the date of Judgment ($22.19 x 1 day): $2,884.70;

(iii) pre-judgment and post-judgment interest of 4.83%;

(iv) attorneys' fees in the amount of $3,499.81;

(v) return, or otherwise allow Caterpillar Financial Services Corporation to repossess, the 2025 Caterpillar 265-05 Compact Track Loader, Serial Number KR404172 and the 2025 SHEAREX HM-60SR Mulcher, Serial Number 2500HB0169 within seven (7) business days of this default judgment.

**IT IS FURTHER ORDERED AND ADJUDGED** that Chaz Waltman and Mississippi Fence are liable for Caterpillar Financial Services' reasonable and necessary post-judgment attorneys' fees and costs, the amount of which the Court will determine upon consideration of a post-judgment motion and supporting memorandum filed by Caterpillar Financial Services pursuant to Federal Rule of Civil Procedure 54(d).

**SO ORDERED AND ADJUDGED** this the 15th day of September, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE